IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br>WAI YIN LAM,<br>    Debtor.<br>_____<br>RICH SEA CORP., et al.,<br>    Plaintiffs,<br>vs.<br>WAI YIN LAM, et al.,<br>    Defendants. | Case No. 18-00888 (RJF)<br>(Chapter 7)<br><br><br>Adversary Proceeding No. 18-90030<br><br>Civil No. 19-00381 JAO-WRP |

**ORDER ADOPTING BANKRUPTCY JUDGE'S RECOMMENDATION TO DISTRICT COURT TO SCHEDULE JURY TRIAL**

On July 15, 2019, the bankruptcy judge transmitted his Recommendation to District Court to Withdraw Reference to Schedule Jury Trial (the "Recommendation"). ECF No. 1-1. The bankruptcy judge recommended that this Court withdraw the reference at this time to schedule a jury trial and the associated deadlines but refer the proceeding to the bankruptcy judge for all other purposes until ninety days before the trial date. *Id.*

On July 19, 2019, the Court issued an entering order directing the parties to

file any objections to the Recommendation by August 2, 2019.  ECF No. 5.  No objections were filed.

The Court hereby ADOPTS the bankruptcy judge's Recommendation.  The Court will issue a separate scheduling order setting forth the trial date and related pre-trial deadlines.  Following the issuance of the scheduling order, this matter will be REFERRED to the bankruptcy judge for all other purposes.  The reference will be withdrawn ninety days before the trial date.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, August 8, 2019.

Jill A. Otake
United States District Judge

Civil No. 19-00381 JAO-WRP - RICH SEA CORP., et al. v. WAI YIN LAM, et al. - ORDER ADOPTING BANKRUPTCY JUDGE'S RECOMMENDATION TO DISTRICT COURT TO SCHEDULE JURY TRIAL

2