UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

Debtor(s):  Wai Yin Lam                             Chapter 7        Case No. 18-00888

Plaintiff(s):                                                         A.P. No. 18-90030
("et al." if multiple)  Rich Sea Corp

vs. Defendant(s):                                                     Civil No. 19-00381 JAO-WRP
("et al." if multiple)  Wai Yin Lam and Zhong Hui Investment LLC

## NOTICE OF TRANSMITTAL TO DISTRICT COURT

The following document or matter is being transmitted to the district court for further attention:

Recommendation to District Court to Vacate Withdrawal of Reference and Scheduling Order

Suggested Cause of Action (District CM/ECF):

Suggested Nature of Suit (District CM/ECF):

☐ Filing fee paid or no fee due.    ☐ Filing fee not paid.

| Party | | Role | |
| Party | | Role | |
| Party | | Role | |
| Party | | Role | |

☐ Additional parties      ☐ Docket sheet attached      ☐ Attorney list attached

Dated:  February 20, 2020                              Michael B. Dowling, Clerk