IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICH SEA CORP., <br><br> Plaintiff, <br><br> vs. <br><br> WAI YIN LAM AND ZHONG HUI INVESTMENT LLC, <br><br> Defendants. | CIVIL NO. 19-00381 JAO-WRP <br><br> ORDER ADOPTING RECOMMENDATION TO DISTRICT COURT TO VACATE WITHDRAWAL OF REFERENCE AND SCHEDULING ORDER |

**ORDER ADOPTING RECOMMENDATION TO DISTRICT COURT TO VACATE WITHDRAWAL OF REFERENCE AND SCHEDULING ORDER**

On February 20, 2020, United States Bankruptcy Judge Robert J. Faris issued a Recommendation to District Court to Vacate Withdrawal of Reference and Scheduling Order by Consent of Parties ("Recommendation"). ECF No. 15-1. The Recommendation indicates that the bankruptcy court has now approved the parties' settlement of most of their claims, and as to the remainder of their claims, the parties have waived their rights to a jury trial and consented to the jurisdiction of the bankruptcy court. *See* ECF No. 15-1 at 2; *id.* 3–6. As the Court previously adopted a prior recommendation by Judge Faris to schedule a jury trial [ECF No. 6] and set the case for a jury trial on August 17, 2020 [ECF No. 8 (entering order

setting jury trial); ECF No. 9 (scheduling order)], Judge Faris now recommends that the district court vacate these orders. ECF No. 15-1 at 2.

On March 3, 2020, the Court directed the parties to file any objections to the Recommendation by March 9, 2020. There being no objections, the Court ADOPTS Judge Faris' Recommendation. The Court's August 8, 2019 orders [ECF Nos. 6, 8, 9] are VACATED.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, March 11, 2020.

Jill A. Otake
United States District Judge